28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000   f. 843.216.9450

**James R. Brauchle**
*Licensed in SC*
direct: 843.216.9243
jbrauchle@motleyrice.com

October 7, 2015

**VIA ELECTRONIC FILING**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Doe v. Delta Air Lines, Inc., Case no. 13 CV 6287(PAE)

Dear Judge Engelmayer:

  Pursuant to the Court's order of October 2, 2015, and subsequent direction from your office, I submit this letter on behalf of my client, Jane Doe. Due to the Court's ruling disallowing the Plaintiff to continue to trial under a pseudonym, she has carefully weighed her privacy interests and simply cannot proceed under her real name. Accordingly, Plaintiff will not be filing an Amended Complaint, and as Plaintiff understands, the Court will now issue an Order dismissing Plaintiff's remaining battery claim with prejudice, which would negate the need for the trial currently scheduled for November 2-4, 2015.

  Should the Court have any questions or need further information, I standby ready to provide whatever the Court shall need.

Respectfully submitted,

James R. Brauchle
Counsel for Plaintiff Jane Doe

JB/lcl